IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00048-WDM -BNB | Date: January 7, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HAL (I) WILLIAM ROUECHE, SR, individually | Frank Coppola |
| HAL WILLIAM ROUECHE, SR., as legal guardian and next best friend of an incapacitated person other Hal William Roueche, Jr. | Michael Leinz |
| and PAGAN ROUECHE, as legal guardian and next friend of an incapacitated person other Hal William Roueche, Jr. | |
| Plaintiffs, | |
| v. | |
| USA, | Mark Bonora |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:  9:57 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant's motion to strike certain experts designated by plaintiff or, in the alternative, motion for extension of time for defendant to designate corresponding experts [Doc. #33; filed December 11, 2009] is granted in part and denied in part as stated on the record.**

**ORDERED:** **The discovery cut-off is extended to and including April 15, 2010.**

Court in Recess         10:40 a.m.       Hearing concluded.     Total time in Court:    00:33

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.