IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00048-WDM-BNB

HAL WILLIAM ROUECHE, SR.,
PAGAN ROUECHE, individually and as legal guardians and next friends of HAL WILLIAM ROUECHE, JR., an incapacitated person,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.
_____

## ORDER
_____

This matter arises on **Defendant's Motion to Strike Certain Experts Designated by Plaintiff or, In the Alternative, Motion for Extension of Time for Defendant to Designate Corresponding Experts** [Doc. # 33, filed 12/11/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to extend until **February 15, 2010**, the time for the defendant to designate experts to rebut the opinions of Drs. Tomas Berl and David Mark Yousman.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **April 15, 2010**.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

Dated January 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge