IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00048- WDM- BNB | Date: February 1, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HAL (I) WILLIAM ROUECHE, SR, individually | Frank Coppola |
| HAL WILLIAM ROUECHE, SR., | Michael Leinz |
| as legal guardian and next best friend of an incapacitated person | |
| other | |
| Hal William Roueche, Jr. | |
| and PAGAN ROUECHE, | |
| as legal guardian and next friend of an incapacitated person | |
| other | |
| Hal William Roueche, Jr. | |
| | |
| Plaintiff(s), | |
| | |
| v. | |
| | |
| USA, | Mark Bonora |
| | |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:   10:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Unopposed motion to stay discovery pending ruling on defendant's motion to dismiss[ Doc #[55]; filed 1/25/09] is taken under advisement as stated on the record.**

Court in Recess     10:26 a.m.     Hearing concluded.     Total time in Court:   00:23

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.