IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00048-WDM-BNB

HAL WILLIAM ROUECHE, SR.,
PAGAN ROUECHE, individually and as legal guardians and next friends of HAL WILLIAM ROUECHE, JR., an incapacitated person,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate and Reset Final Pretrial Conference** [docket no. 79, filed March 23, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for June 2, 2010, is **vacated and reset to June 10, 2010, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 3, 2010**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: March 24, 2010